

In the United States District Court AZ
For the District of Arizona

David Smith                                                    Plaintiff

v.     Case No. 4:21-cv-322-SHR

Edna Lara, et. al.                                             Defendants

## Notice of Dismissal

The Plaintiff hereby gives notice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that he voluntarily dismisses, with prejudice, Count Two and Count Three of the Complaint (Docket #1).

Respectfully Submitted, this the 18th day of October, 2021.

*David Smith*

David Smith, #07954-043
USP Tucson
P.O. Box 24550
Tucson, AZ 85734