IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Smith,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Edna Lara, et al.,<br><br>　　　　　Defendants. | No. CV-21-00322-TUC-SHR<br><br>**Order Dismissing Case** |

　　　　Plaintiff has filed a Notice of Dismissal (Doc. 11) wherein he states: "The Plaintiff hereby gives notice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that he voluntarily dismisses, with prejudice, Count Two and Count Three of the Complaint (Doc. 1)."

　　　　In the October 13, 2021 Screening Order (Doc. 8), the Court dismissed Count One and dismissed the *Bivens* claim in Count Two of Plaintiff's Complaint, and ordered Defendants to answer the claim for injunctive relief in Count Two and *Bivens* medical claims in Count Three.  Thus, the only counts in this case are Counts Two and Three, which Plaintiff now moves to dismiss with prejudice.

　　　　Rule 41(a)(1)(A)(i) allows a plaintiff to "dismiss an action without a court order by filing" "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  It is well settled that under Rule 41, "a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a

motion for summary judgment." *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir.1997)). Because Defendants have not answered, Plaintiff's Notice of Dismissal (Doc. 11) is effective and terminates this action.

Accordingly,

**IT IS ORDERED** Plaintiff's Notice of Dismissal (Doc. 11) is **GRANTED**.

**IT IS FURTHER ORDERED** Counts Two and Three of the Complaint (Doc. 1) are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** the Clerk of Court shall docket accordingly and close this action.

Dated this 25th day of October, 2021.

Honorable Scott H. Rash
United States District Judge