TRULINCS 07954043 - SMITH-GARCIA, DAVID - Unit: TCP-E-B
----------------------------------------------------------------

FROM: 07954043
TO: Smith, D
SUBJECT: REQUEST FOR RECORD ON APPEAL
DATE: 10/30/2021 01:40:01 PM

FILED ___ LODGED
RECEIVED ___ COPY
NOV 4 2021
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

DAVID SMITH                                                              Plaintiff

v.   Case No. 4:21-cv-322-SHR

EDNA LARA, et. al.                                                       Defendants

## PLAINTIFF'S REQUEST FOR RECORD ON APPEAL

1. The Plaintiff has filed a Notice of Appeal and an Amended Notice of Appeal, appealing this case to the Ninth Circuit Court of Appeals.

2. In order to properly prepare the briefs for this appeal, the Plaintiff requires the Record On Appeal from the district court, including the ROA paginated pages of the record.

3. According to Ninth Circuit Rule 30-3, the district court clerk, upon request, shall forward a copy of the Record On Appeal to the incarcerated, pro se Plaintiff within 21 days of the request.

4. The Plaintiff requests that the clerk's office forward him a copy of the entire district court record, including the original complaint, the motion to allow duplicative claim and attached exhibits, all court orders, and all other filings on the docket as required by Ninth Circuit Rule 30-3.

Respectfully Submitted, this the 29th day of October, 2021.

_____
DAVID SMITH

David Smith, #07954-043
USP Tucson
P.O. Box 24550
Tucson, AZ 85734