IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Smith,<br><br>                    Plaintiff,<br><br>v.<br><br>Edna Lara, et al.,<br><br>                    Defendants. | No. CV-21-00322-TUC-SHR<br><br>**Order Re: Request for Record on Appeal** |

      Plaintiff David Smith has filed a Request for Record on Appeal (Doc. 18), in which he requests that the Clerk of Court "forward him a copy of the entire district court record, including the original complaint, the motion to allow duplicative claim and attached exhibits, all court orders, and all other filings on the docket as required by Ninth Circuit Rule 30-3." Plaintiff cites Ninth Circuit Rule 30-3 to say the District Court Clerk "upon request, shall forward a copy of the Record on Appeal to the incarcerated, pro se Plaintiff within 21 days of the request." (*Id.*) Plaintiff's Request is dated October 29, 2021 but was not received and docketed until November 4, 2021. (Id.)

      On October 29, 2021, the Ninth Circuit referred Plaintiff's appeal to this Court "for the limited purpose of determining whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith." (Doc. 15.) On November 1, 2021, this Court determined Plaintiff's appeal was frivolous and not taken in good faith, and revoked Plaintiff's in forma pauperis status. (Doc. 16.) Plaintiff's

application to proceed in forma pauperis on appeal is pending before the Ninth Circuit. *See* No. 21-16818, Doc. 10. Therefore, at this stage, Plaintiff is not entitled to the district court record on appeal at no charge. *See* Ninth Circuit Rule 30-3 ("If the prisoner was granted leave to proceed in forma pauperis at the district court or on appeal, the copies will be produced at no charge to the prisoner."). Plaintiff may obtain the record for his appeal by sending a letter addressed to the Clerk of Court stating which documents he requests. The Clerk will then send Plaintiff an invoice for the amount and, once payment is received, the Clerk will mail the requested documents to Plaintiff.

Accordingly,

**IT IS ORDERED** Plaintiff's Request for Record on Appeal (Doc. 18) is **DENIED**.

Dated this 7th day of December, 2021.

Honorable Scott H. Rash
United States District Judge